**SEALED**

AO 442 (Rev. 01/09) Arrest ~~RECEIVE~~

*RECEIVED*
*UNITED STATES MARSHAL*
*May 05*
*2015 APR 37 AM 10: 38*

*SOUTHERN DISTRICT OF*
*FLORIDA*
*FORT LAUDERDALE*

FILED by ___ D.C.

MAY -5 2015

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – FT. LAUD.

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| TONY ESTEVEZ, a/k/a "King Kilo" | ) | 15-60094-CR-COHN |
| *Defendant.* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

    **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*      TONY ESTEVEZ, a/k/a "King Kilo"    # 44884-298

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

RICO Conspiracy; Title 18, United States Code, Section 1962(d)
Distribution of a Controlled Substance; Title 21, United States Code, Section 841(a)(1)

Date:  05/05/2015                                   *Debra Bell*
                                              *Issuing officer's signature*

City and state:   Fort Lauderdale, Florida              Steven M. Larimore, Clerk of Court / Court Administrator
                                                      *Printed name and title*

| Return | | |
|---|---|---|
| This warrant was received on *(date)* 5/5/15 , and the person was arrested on *(date)* 6-25-15 at *(city and state)* San Diego, CA | | |
| Date:  6/26/15 | (FOR) DAVID STENBEO, ___ SM | |
| | *Arresting officer's signature* | |
| | Sabrina Livingston, SDUSM | |
| | *Printed name and title* | |

9715527